1
2
3
4
5
6

SEYFARTH SHAW LLP
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
INVESTEL HARBOR RESORTS LLC

7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| RAFAEL ARROYO,<br><br>           Plaintiff,<br><br>    v.<br><br>INVESTEL HARBOR RESORTS LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendants. | Case No. 2:21-cv-192<br><br>(Orange County Superior Court Case No. 30-2020-01172503-CU-CR-CJC)<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>Complaint Filed: December 1, 2020 |

18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant INVESTEL HARBOR RESORTS LLC ("Defendant") hereby removes the above-referenced action filed by Plaintiff Rafael Arroyo ("Plaintiff") (collectively the "Parties") in the Superior Court of the State of California for the County of Orange, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446, asserting original federal jurisdiction under 28 U.S.C. § 1331, to effect the removal of this action, and states that removal is proper for the reasons set forth below.

## BACKGROUND

1.      This removal involves a lawsuit that was filed by Plaintiff on December 1, 2020 in the Superior Court of the State of California for the County of Orange, entitled *Rafael Arroyo v. Investel Harbor Resorts LLC, et al.*, Case No. 30-2020-01172503-CU-CR-CJC.  *See* Declaration of Ashley N. Arnett ("Arnett Decl") at ¶ 3.

2.      The Complaint asserts two claims for relief against Defendant: (1) violation of Title III of the Americans with Disabilities Act ("ADA")—42 U.S.C. § 12182, and (2) violation of the Unruh Civil Rights Act—Civil Code §§ 51, 52.  *See* Arnett Decl. at ¶ 4.

## TIMELINESS OF REMOVAL

3.      Plaintiff personally served Defendant with the Complaint on December 11, 2020.  *See* Arnett Decl. at ¶ 5.

4.      This Notice of Removal is timely as it is filed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."  *See* 28 U.S.C. § 1446(b)(1).

///

///

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

**GROUNDS FOR REMOVAL**

5.     This Court has original jurisdiction over actions involving one or more federal questions.  *See* 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts for actions arising under the laws of the United States).  Further, this Court "shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original [federal question] jurisdiction that they form part of the same case or controversy . . . ."  28 U.S.C. § 1367(a).

6.     Plaintiff's first cause of action in the Complaint seeks remedies under Title III of the ADA—a federal statute codified at 42 U.S.C. §§ 12181, *et seq*.  *See* Arnett Decl. at ¶ 3, pp. 5-6.  This action therefore presents a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7.     Plaintiff's remaining claim is asserted under California's Civil Code §§ 51, 52 (Unruh Civil Rights Act) based on an alleged failure to provide full and equal access to Defendant's services, specifically relating to Defendant's reservation policies and practices, in violation of the ADA.  *See* Arnett Decl. at ¶ 3, p. 7.

8.     Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claim as it arises from, relates to, and emanates from the same alleged ADA violation, and is so related that it forms part of the same case or controversy pursuant to 28 U.S.C. § 1367(a).

**VENUE**

9.     Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 84(c)(2) and 1391.  This action originally was brought in the Superior Court of the State of California for the County of Orange, which is located within the Central District of the State of California, and the allegations in Plaintiff's Complaint occurred in the County of Orange.

**NOTICE OF REMOVAL**

10.     This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California for the County of Orange.

3

DEFENDANT'S NOTICE OF REMOVAL

11.     In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Summons and Complaint, are attached as Exhibit A to the Declaration of Ashley N. Arnett.

12.     The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant pray that the above action pending before the Superior Court of the State of California for the County of Orange be removed to the United States District Court for the Central District of California.

DATED: January 8, 2021

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Ashley N. Arnett*
Ashley N. Arnett

Attorneys for Defendant
INVESTEL HARBOR RESORTS LLC

DEFENDANT'S NOTICE OF REMOVAL